No. 70–142. GARREN ET AL. v. CITY OF WINSTON-SALEM. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynch* v. *Household Finance Corp., ante,* p. 538.

No. 70–249. TUCKER v. MAHER ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynch* v. *Household Finance Corp., ante,* p. 538.